# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0666

VERSUS

THOMAS WASHINGTON

**SEPTEMBER 23, 2024**

---

In Re:    Thomas Washington, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 24-CR10-154011.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

WRIT DENIED. If prosecution is instituted after the statutory period has elapsed but before the hearing for an Article 701 motion, the defendant is no longer entitled to be released without bail. **State v. Bell**, 2014-1046 (La. App. 1st Cir. 1/15/15), 169 So.3d 417, 425.

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT